UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MAJED ABDULLAH MALIKI,

    Plaintiff,

v.                          Civil Action No. 2:16-6112

RICHARD SCHAFFER, Wood County
Assessor, and WOOD COUNTY
ASSESSORS OFFICE,

    Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, filed on May 25, 2017, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, therefore, ORDERED that defendants' unopposed motion be, and it hereby is, granted. It is further ORDERED that this action be, and it hereby is, dismissed and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to plaintiff, all counsel of record and the United States Magistrate Judge.

DATED: June 16, 2017

John T. Copenhaver, Jr.
United States District Judge